**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| WILLIE J. BOOKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  3:15-CV-657 SMY-RJD |
| | ) | |
| BRYAN GLECKLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Court's Order of

Dismissal (Doc. 123), Plaintiff's claims against all defendants are **DISMISSED WITH**

**PREJUDICE**.


**DATED:  November 16, 2017**

**JUSTINE FLANAGAN, Acting Clerk of Court**

**By: s/ Stacie Hurst, Deputy Clerk**


 **Approved:**

 **s/ Staci M. Yandle**
**STACI M.YANDLE**
**DISTRICT JUDGE**